**STATE v. BANKS**

[367 N.C. 200 (2013)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | Rowan County |
| | ) | |
| | ) | |
| EDY CHARLES BANKS, JR. | | |

No. 90P13

## ORDER

The Petition for Writ of Supersedeas filed by the State of North Carolina is ALLOWED. The Petition for Discretionary Review filed by the State of North Carolina is ALLOWED. In addition, the parties are directed to address the extent to which the Court of Appeals' opinion in *State v. Ridgeway*, 185 N.C. App. 423, 648 S.E.2d 886 (2007), reflects policies enunciated by the General Assembly.

By order of the Court in Conference, this 27th day of August 2013.

Jackson, J., recused.

s/Beasley, J.
For the Court